WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Willfred Fitzgerald,<br><br>Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security Administration,<br><br>Defendant. | No. CIV 18-524-TUC-LAB<br><br>**ORDER** |

Pending before the court is a joint stipulation for Equal Access to Justice Act (EAJA) fees, filed on December 4, 2019. (Doc. 39) Good cause appearing,

It is hereby ORDERED that the Joint Stipulation for EAJA Fees is GRANTED and Plaintiff is awarded $9,500.00 in attorney's fees. (Doc. 39) If it is determined upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program (*Astrue v Ratliff*, 130 S.Ct. 2521 (2010)), Defendant agrees to accept the assignment, and fees will be made payable to Plaintiff's attorney, Karl E. Osterhout, Esquire, 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139. If there is such a debt, any fee remaining after the offset will be payable to Plaintiff and delivered to Plaintiff's attorney, Karl E. Osterhout, Esquire, 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139.

DATED this 4th day of December, 2019.

_Leslie A. Bowman_
Leslie A. Bowman
United States Magistrate Judge